

THE LAW OFFICE OF
KATHERINE E. SMITH, ESQ.
WWW.LEGALSMITHNY.COM

233 Broadway, Suite 900
New York, NY 10279
Tel/Fax: 347.470.3707
ksmith@legalsmithny.com

January 9, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Darrel Leckie v. City of New York, et al.* 19-cv-06719 (PGG)
        **Second Request to Adjourn Initial Conference**

Your Honor:

I, along with the Anna Berezovski, Esq., represent the plaintiff in the above-referenced civil rights matter. We write to respectfully request that the Court adjourn the initial conference scheduled for January 16, 2020 at 11:00 a.m. until a time after issue has been joined. Counsel for the City and HHC Defendants does not object to this request.

As background, plaintiff filed an amended complaint with the Court's leave, and on December 30, 2019, the Court issued summonses for defendants Napali, Rakib, and Laguio. The undersigned immediately arranged for these defendants to be served at upstate correctional facilities. On January 7, 2020, the undersigned learned that defendant Rakib, was successfully served on 01/06/2020 at Sing Sing Correctional Facility, and defendant Napoli and Laguio were successfully served on 01/07/2020 at Ulster Correctional Facility.[1] Today, Ms. Dedushi, from the office of NY State Attorney General's Office informed the undersigned that defendant Dr. Rakib had reached out for them requesting representation and asked to adjourn the up-coming conference.

As issue is not joined with respect to the newly served defendants, and evidently, representational decisions are still being determined, plaintiff respectfully requests that the Court adjourn the initial conference scheduled for Thursday, January 16, 2020 at 11:00 a.m. until a time after issue has been joined.

MEMO ENDORSED

The Application is granted. The conference is adjourned to Feb. 6, 2020 at 11:00 A.M.

SO ORDERED:

_Paul A. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 9, 2020

---
[1] Affidavits of Service from the process servers are pending.



| | |
|---|---|
| THE LAW OFFICE OF<br>KATHERINE E. SMITH, ESQ.<br>WWW.LEGALSMITHNY.COM | 233 Broadway, Suite 900<br>New York, NY 10279<br>Tel/Fax: 347.470.3707<br>ksmith@legalsmithny.com |

I thank the Court for its consideration herein.

                                                                        Respectfully submitted,

                                                                                /s/

                                                                       Katherine E. Smith

To:        Counsel of Record for Defendants City and HHC (**Via ECF**)
             Ms. Dedushi, Office of the Attorney General, sarande.dedushi@ag.ny.gov (**Via Email**)