

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8105

January 15, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:     Leckie v. City of New York, 19 Civ. 6719 (PGG)

Dear Judge Gardephe:

Since yesterday, the Office of the Attorney General has received requests for representation from Napoli and Laguio, in the above-captioned action. I write to respectfully join in the requests under Docket Number 55 for an extension of time for defendants Napoli and Laguio. The grounds for these requests are the same as listed under Docket Number 55, and it would be more efficient for defendants to respond to the complaint together on March 20, 2020.

There have been no prior requests for an extension of defendant Napoli and Laugio's time to answer.

Respectfully submitted,

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan 20, 2020

/s/ Julinda Dawkins
Julinda Dawkins
Assistant Attorney General

Sarande Dedushi
Assistant Attorney General
212-416-8105
Sarande.Dedushi@ag.ny.gov
SDNY Admission Pending