UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL LECKIE,

                Plaintiff,

      v.

CITY OF NEW YORK et al.,

                Defendants.

**ORDER**

19 Civ. 6719 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference currently scheduled for May 21, 2020 is adjourned to **June 18, 2020 at 11:00 a.m.**

Dated: New York, New York
       May 11, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge