UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DARRELL LECKIE,                                                    19 Civ. 06719 (PGG)

               Plaintiff,                                    **ORDER AUTHORIZING**
                                                       **THE DEPOSITION OF**
                                                       **INCARCERATED PLAINTIFF**

         -Against-

CITY OF NEW YORK, et al,

            Defendants.
-----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an

Assistant Attorney General may take the deposition of plaintiff Darrell Leckie

DIN 18-R-1995, by videoconference before a notary public, or some other officer authorized to

administer oaths by the laws of the United States or of the State of New York, at any New York

State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional

facility where he is located, and

      Plaintiff is further advised that if he fails to attend and complete his own deposition, the

Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order

dismissing the complaint in this action.

Dated: New York, New York
       September 15          , 2020

                                          So Ordered:

                                          _____
                                          HON. Paul G. Gardephe
                                          United States District Judge