UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRELL LECKIE,                                :       19-CV-6719 (PGG) (RWL)
                                                             :
                              Plaintiff,        :       **ORDER**
                                                             :
              - against -                       :
                                                             :
CITY OF NEW YORK, et al.,                 :
                                                             :
                              Defendants.  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for disposition of the motion to supplement Defendants' motion to dismiss, and for report and recommendation on the motion to dismiss. (Dkt. 87, 94.) Since the time the motion to dismiss was filed two relevant events have occurred: (1) Plaintiff has dismissed the State Defendants, and (2) Plaintiff has filed a Second Amended Complaint omitting the State Defendants and adding an individual defendant. By **February 14, 2021**, the parties shall submit a joint letter informing the Court to what extent, if any, either or both of these events render moot or otherwise affect the motions at Dkt. 87 or Dkt. 94, and, if the motions are not moot, whether the parties agree that the motion to dismiss should be deemed a motion to dismiss the Second Amended Complaint.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2021
      New York, New York