```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRELL LECKIE,                                 :    19-CV-6719 (PGG) (RWL)
                                                :
                    Plaintiff,                  :    ORDER
                                                :
        - against -                             :
                                                :
CITY OF NEW YORK, et al.,                       :
                                                :
                    Defendants.                 :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the parties' February 12, 2021 letter confirming that the motions at Dkt. 87 and 94 are now moot. Accordingly, the Clerk of Court is respectfully requested to terminate those motions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 12, 2021
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021