```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRELL LECKIE                                               :
                                                             :     19-CV-6719 (PGG) (RWL)
                          Plaintiff,                         :
                                                             :
           - against -                                       :     **ORDER**
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                          Defendants.                        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This action has been referred to me for a Report and Recommendation on Defendants' motion to dismiss. (Dkt. 124.) On March 3, 2022, Judge Gardephe denied Defendants' motion without prejudice, with the direction that Defendants could renew their motion once the motion to dismiss in the related case *Leckie v. Napoli*, 20-cv-7212 ("*Leckie II*") was fully briefed. (Dkt. 125.) The *Leckie II* motion to dismiss was fully briefed on April 14, 2022.

Defendants shall inform the Court no later than **June 16, 2022** whether they wish the Court to reinstate the motion on their previously filed papers at Dkts. 115-17 and 121. In the absence of Defendants' response, their motion will remain denied.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1