UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL LECKIE,<br><br>      Plaintiff,<br><br> - against -<br><br>CITY OF NEW YORK; and NEW YORK CITY HEALTH AND HOSPITAL CORPORATION, HHC Dentist ALLAN MATTHEW, D.D.S, NYC DOC John-Jane Doe Correction Officers 1-10, individually and in their official capacities; HHC John-Jane Doe Medical Providers 11-20, individually and in their official capacities,<br><br>      Defendants. | **ORDER**<br><br>19 Civ. 6719 (PGG) (RWL) |
| DARRELL LECKIE,<br><br>      Plaintiff,<br><br> - against -<br><br>DEBBIE NAPOLI, R.N. (Provider No. 280), JORDAN LAGUIO, M.D (Provider No. 104), KHONDKAR RAKIB, D.D.S (Provider No. 703), TAMMY HYATT, RDH, and JOHN-JANE DOE 1-10 NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION Medical Providers, and JOHN-JANE DOE 11-20 NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION Correction Officers, "DOE" ADA COMPLIANCE OFFICER; "DOE" IGP SUPERVISOR, "DOE" DEPUTY SUPERINTENDENT FOR PROGRAMS, "DOE" DEPUTY SUPERINTENDENT FOR ADMINISTRATION, "DOE" staff members of IGRC, all defendants individually and in their official capacities,<br><br>      Defendants. | 21 Civ. 7212 (PGG) (RWL) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for May 11, 2023 will take place by telephone.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. One day before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line

Dated: New York, New York
       May 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge