UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL LECKIE,<br><br>       Plaintiff,<br>  - against -<br><br>CITY OF NEW YORK; and NEW YORK CITY HEALTH AND HOSPITAL CORPORATION, HHC Dentist ALLAN MATTHEW, D.D.S, NYC DOC John-Jane Doe Correction Officers 1-10, individually and in their official capacities; HHC John-Jane Doe Medical Providers 11-20, individually and in their official capacities,<br><br>       Defendants. | **ORDER**<br><br>19 Civ. 6719 (PGG) (RWL) |
| DARRELL LECKIE,<br><br>       Plaintiff,<br>  - against -<br><br>DEBBIE NAPOLI, R.N. (Provider No. 280), JORDAN LAGUIO, M.D (Provider No. 104), KHONDKAR RAKIB, D.D.S (Provider No. 703), TAMMY HYATT, RDH, and JOHN-JANE DOE 1-10 NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION Medical Providers, and JOHN-JANE DOE 11-20 NEW YORK STATE DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION Correction Officers, "DOE" ADA COMPLIANCE OFFICER; "DOE" IGP SUPERVISOR, "DOE" DEPUTY SUPERINTENDENT FOR PROGRAMS, "DOE" DEPUTY SUPERINTENDENT FOR ADMINISTRATION, "DOE" staff members of IGRC, all defendants individually and in their official capacities,<br><br>       Defendants. | 21 Civ. 7212 (PGG) (RWL) |

PAUL G. GARDEPHE, U.S.D.J.:

As stated at the May 11, 2023 conference, these actions will be stayed for two weeks – <u>i.e.</u>, until **May 25, 2023** – to permit the parties to discuss whether they will engage in settlement negotiations. If more time is needed for the parties to make that decision, they will submit a joint letter at the conclusion of the two-week period requesting more time. Otherwise, at the conclusion of the two-week period, the parties will submit a joint letter stating that either (1) they wish to have a settlement conference, in which this case this Court will refer the actions to the assigned magistrate for settlement; or (2) they do not wish to have a settlement conference, in which case this Court will enter a case management plan.

Dated: New York, New York
       May 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge