UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DARRELL LECKIE                                            :
                                                         :      21-CV-7212 (DEH) (RWL)
                              Plaintiff,                  :
                                                         :
              - against -                                :      **ORDER**
                                                         :
DEBBIE NAPOLI, R.N. et al.,                               :
                                                         :
                              Defendants.                 :
--------------------------------------------------------------X
DARRELL LECKIE                                            :
                                                         :      19-CV-6719 (DEH) (RWL)
                              Plaintiff,                  :
                                                         :
              - against -                                :
                                                         :
CITY OF NEW YORK, et al.,                                 :
                                                         :
                              Defendants.                 :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 25, 2024, Defendants filed a letter in 21-CV-7212 stating that a settlement in principle had been reached but that settlement was contingent on the absence or waiver of any Medicaid liens on the settlement proceeds. (Dkt. 70.) The parties were awaiting a response regarding confirmation that no such liens exist, which was to be received by May 15, 2024. The parties have not filed a status update. Accordingly, by July 26, 2024, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: July 19, 2024
        New York, New York

Copies transmitted this date to all counsel of record.